```
PAUL E. RICE (State Bar No. 062509)
RUTAN & TUCKER LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA  94306
Telephone:  (650) 289-9088
Fax:  (650) 320-9905
Email:  price@rutan.com

Attorneys for Plaintiffs
RUSSELL D. ERICKSON and
KAY E. ERICKSON


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472
Email:   mbarnes@sonnenschein.com
         smartin@sonnenschein.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY,
JAMES KINNEY and KATHERINE OSWALD
```

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL D. ERICKSON and KAY E. ERICKSON,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY; JAMES KINNEY, KATHERINE K. OSWALD, and Does 1 through 10,<br><br>        Defendants. | No. C06 01928 JW<br><br>STIPULATION RE DISMISSAL OF JAMES KINNEY AND KATHERINE OSWALD |

   The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

   / / /

| | |
|---|---|
| 1 | WHEREAS plaintiffs have asserted claims for relief against James Kinney and Katherine Oswald; |
| 3 | WHEREAS Allstate Insurance Company has agreed that Mr. Kinney and Ms. Oswald were acting within the course and scope of their authority as exclusive Allstate agents during the events at issue in the complaint in this case; |
| 6 | WHEREAS Allstate has agreed that it is responsible for any acts and/or omissions by Mr. Kinney and Ms. Oswald occurring in the course and scope of their agency for Allstate during the events at issue in the complaint in this case; |
| 9 | WHEREAS Mr. Kinney and Ms. Oswald have agreed that Michael Barnes of Sonnenschein Nath & Rosenthal LLP is authorized to accept service on their behalf of any subpoenas issued in this case; |
| 12 | WHEREAS Mr. Kinney and Ms. Oswald have agreed, once dismissed, to continue to be subject to discovery, trial appearance and related matters under the same rules that would be applicable to parties; |
| 15 | IT IS HEREBY STIPULATED AND AGREED that plaintiffs' complaint against Mr. Kinney and Ms. Oswald, only, should be dismissed in its entirety with prejudice, with each party to bear his or her own costs and attorneys' fees. |
| 18 | IT IS SO STIPULATED. |

Dated: April 12, 2006

Respectfully submitted,

RUTAN & TUCKER

By: _____
Paul E. Rice

Attorneys for Plaintiffs
RUSSELL D. ERICKSON and KAY E. ERICKSON

-2-

CASE NO. C06 01928 JW                STIPULATION RE DISMISSAL OF JAMES
                                     ... ...ERINE OSWALD

| | | |
|---|---|---|
| 1 | Dated: April 1**4**, 2006 | SONNENSCHEIN NATH & ROSENTHAL LLP |

By _____

Sonia Martin

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY, JAMES KINNEY and KATHERINE K. OSWALD

IT IS SO ORDERED.

Dated: 04/18/06

_____
Honorable James Ware
U.S. District Court Judge

-3-

CASE NO. C06 01928 JW

STIPULATION RE DISMISSAL OF JAMES KINNEY AND KATHERINE OSWALD