RUTAN & TUCKER, LLP
Paul E. Rice (State Bar No. 062509)
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone:  650-320-1500
Facsimile:   650-320-9905

Attorneys for Plaintiffs and Cross-Defendants
RUSSELL D. ERIKSON and KAY E. ERIKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL D. ERICKSON AND KAY ERICKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; JAMES KINNEY, KATHERINE K. OSWALD, and Does 1 through 10,<br><br>Defendants. | Case No. C 06 01928 JW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME** |

Pursuant to Local Rules 6.1(b) and 6.2, Plaintiffs, Russell D. Erikson and Kay E. Erikson, and Defendants, Allstate Insurance Company, James Kinney and Katherine K. Oswald, stipulate that the time for close of discovery, currently set for December 22, 2006, shall be extended to January 30, 2007, and the time for disclosure for expert witnesses, currently set for 63 days before said date, shall be extended to November 20, 2007. The parties further stipulate that the last day for filing dispositive motions shall be continued to January 26, 2007, and the last day for hearings on dispositive motions shall be continued to March 2, 2007.

The reason for the requested extension of time is that the wife of counsel for Plaintiffs underwent major surgery for a serious illness on September 20, 2006. As a result of this illness

1 | and the surgery, Plaintiffs' counsel has had a very limited work schedule and has not had
2 | sufficient time to locate and retain an expert witness to testify.
3 |   There have been no previous time modifications in this case, whether by stipulation or
4 | Court Order.
5 |   This time modification should have no significant effect on the schedule of the case as no
6 | trial date has been set.

7 |                                        Respectfully submitted,
8 | Dated: October 11, 2006                 RUTAN & TUCKER, LLP
9 |
10|                                         By: _____
11|                                             Paul E. Rice
12|                                         Attorneys for Plaintiffs Russell D. Erikson and
13|                                         Kay E. Erikson

14| Dated: October 11, 2006                 SONNENSCHEIN NATH & ROSENTHAL LLP
15|
16|                                         By: _____
17|                                             Sonia Martin
18|                                         Attorneys for Defendants Allstate Insurance
19|                                         Company, James Kinney and Katherine Oswald
20|
21| PURSUANT TO STIPULATION, IT IS SO ORDERED.
22|
23| Dated: _____October 13th____, 2006      _____
24|                                         JAMES WARE
25|                                         United State District Judge
26|
27|
28|