MICHAEL BARNES (State Bar No. 121314)
JOHN L. WILLIAMS (State Bar No. 129918)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:     mbarnes@sonnenschein.com
           jwilliams@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL D. ERIKSON and KAY E. ERIKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; JAMES KINNEY, KATHARINE K. OSWALD, and Does 1 through 10,<br><br>Defendants. | Case No. C 06-01928 JW<br><br>STIPULATION TO ORDER CONTINUING PRE-TRIAL DATES AND [~~PROPOSED~~] ORDER |

**STIPULATION**

Pursuant to Local Rules 6.1(b) and 6.2, Plaintiffs, Russell D. Erikson and Kay E. Erikson, and Defendant, Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate to entry of an order extending the currently set pre-trial dates as follows:

(1) Close of discovery shall be continued from extended January 30, 2007 to March 1, 2007.

(2) The last day for filing dispositive motions shall be continued from January 26, 2007 to February 26, 2007, and the last day for hearing on dispositive motions shall be continued from March 2, 2007 to April 2, 2007.

-1-
CASE NO. C 06-01928 JW                                    STIPULATION TO CONTINUANCE

(3)     The pre-trial conference set for March 19, 2007 shall be continued to April 23, 2007 or such other date as is convenient for the Court.

The parties request the foregoing extension of time because they are presently engaged in discussing a potential settlement of this action following their Early Neutral Evaluation conference. The brief continuance requested will facilitate the parties' settlement discussions.

There has been one previous modification of the pre-trial calendar in this case pursuant to a stipulation and order dated October 11, 2006.

No trial date has been set.

Respectfully submitted,

Dated: January 17, 2007

RUTAN & TUCKER, LLP

By: _____
Paul E. Rice

Attorneys for Plaintiffs Russell D. Erikson and Kay E. Erikson

Dated: January 17, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
John L. Williams

Attorneys for Defendant Allstate Insurance Company

**IT IS SO ORDERED:**

Dated: ___January 19___, 2007

_____
JAMES WARE
United State District Judge

27258307\V-1

-2-

CASE NO. C 06-01928 JW                                    STIPULATION TO CONTINUANCE