```
Paul E. Rice (State Bar No. 062509)
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306
Telephone:  650-320-1500
Facsimile:   650-320-9905

Attorneys for Plaintiffs
RUSSELL D. ERIKSON and
KAY E. ERIKSON
```

**GRANTED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL D. ERIKSON and KAY E. ERIKSON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ALLSTATE INSURANCE COMPANY; JAMES KINNEY, KATHARINE K. OSWALD, and Does 1 through 10,<br><br>　　　　　Defendants. | Case No. C06-01928 JW<br><br>**SUBSTITUTION OF ATTORNEY** |

TO THE COURT AND ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　　　NOTICE IS GIVEN that Plaintiffs RUSSELL D. ERIKSON and KAY E. ERIKSON hereby substitute Rice & Bronitsky, 350 Cambridge Avenue, Suite 200, Palo Alto, California 94306; telephone:(650) 289-9088, facsimile: (650) 289-9099 as attorneys of record in the place and stead of Rutan & Tucker, LLC, Five Palo Alto Square, 3000 El Camino Real, Suite 500, Palo Alto, California 94306.

　　　　The parties making this substitution are Plaintiffs.

| | |
|---|---|
| 1 | I consent to this substitution. |
| 2 | |
| 3 | Dated: 3/4, 2007 |
| 4 | _____ |
|   | Russell D. Erikson, Plaintiff |
| 5 | |
| 6 | I consent to this substitution. |
| 7 | |
| 8 | Dated: 3/4, 2007 |
|   | _____ |
|   | Kay E. Erikson, Plaintiff |

I consent to this substitution.

Dated: 3/4, 2007

RICE & BRONITSKY

By: _____
Paul E. Rice
Attorneys for Plaintiffs
RUSSELL D. ERIKSON and KAY E. ERIKSON

I consent to this substitution.

Dated:: March 4, 2007

RUTAN & TUCKER, LLP

By: _____
William T. Eliopoulos
Attorneys for Plaintiffs
RUSSELL D. ERIKSON and KAY E. ERIKSON