MICHAEL BARNES (State Bar No. 121314)
JOHN L. WILLIAMS (State Bar No. 129918)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:       mbarnes@sonnenschein.com
             jwilliams@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY



3/15/2007

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL D. ERICKSON and KAY E. ERICKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; JAMES KINNEY, KATHARINE K. OSWALD, and Does 1 through 10,<br><br>Defendants. | Case No. C 06-01928 JW<br><br>STIPULATION TO DISMISSAL |

### STIPULATION

Pursuant to Federal Rule of Civil Procedure 41 (a), plaintiffs, Russell D. Erikson and Kay E. Erikson and defendant, Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate to dismissal of the above-captioned action with prejudice and in its entirety, each party to bear their own fees and costs.

IT IS SO STIPULATED:

| | | |
|---|---|---|
| 1 | Dated: March 7, 2007 | RICE & BRONITSKY |
| 2 | | |
| 3 | | By  |
| 4 | | Paul E. Rice |
| 5 | | Attorneys for Plaintiffs RUSSELL D. ERIKSON and KAY E. ERIKSON |
| 6 | | |
| 7 | Dated: March 7, 2007 | SONNENSCHEIN NATH & ROSENTHAL LLP |

By

John L. Williams

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

27262194\V-1

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

CASE NO. C 06-01928 JW

-2-

STIPULATION TO DISMISSAL